IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JENS H.S. NYGAARD,<br>   *Plaintiff*<br><br>-vs-<br><br>FEDERATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., DELTA TOPCO LTD., MERCEDES-BENZ GRAND PRIX LTD., RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., FERRARI S.P.A., SCUDERIA FERRARI S.P.A., DALLARA AUTOMOBILI S.P.A., DAIMLER AG, FORMULA ONE WORLD CHAMPIONSHIP LTD.,<br>   *Defendants* | §§§§§§§§§§§§§§§§§§ | 6-20-CV-00234-ADA |

**ORDER**
**ON DEFENDANTS FERRARI S.P.A., FERRARI N.V., MERCEDES-BENZ GRAND PRIX LTD., AND DAIMLER AG'S MOTION TO SEVER AND STAY PLAINTIFF'S FIRST AMENDED COMPLAINT UNDER THE CUSTOMER-SUIT EXCEPTION**

Before the Court is Defendants Ferrari S.p.A., Ferrari N.V., Mercedes-Benz Grand Prix Ltd., and Daimler AG's (collectively, "Movants") motion to sever and stay Plaintiff Jens H.S. Nygaard's First Amended Complaint under the customer-suit exception. ECF No. 101. On November 19, 2020, the Court held a hearing, during which the Court heard argument on the Motion. After careful consideration of the relevant briefings, oral arguments, and applicable law, the Court is of the opinion that Plaintiff's claims against the Movants should be **DISMISSED WITHOUT PREJUDICE**. It is **SO ORDERED**.

SIGNED this 18th day of February, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE