# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| JENS H.S. NYGAARD | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00234-ADA |
| | § | |
| FEDERATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., DELTA TOPCO LTD., MERCEDES-BENZ GRAND PRIX LTD., RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., FERRARI S.P.A., SCUDERIA FERRARI S.P.A., DALLARA AUTOMOBILI S.P.A., DAIMLER AG, LEWIS HAMILTON, CHARLES LECLERC, FERRARI N.V., FORMULA ONE WORLD CHAMPIONSHIP LTD. | § | |

## ORDER SETTING MOTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **MOTION HEARING** by Zoom on **Tuesday, July 13, 2021 at 09:00 AM**.

IT IS SO ORDERED this 12th day of July, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE