# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| JENS H.S. NYGAARD | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-00234-ADA |
| | § | |
| FEDERATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., DELTA TOPCO LTD., MERCEDES-BENZ GRAND PRIX LTD., RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., FERRARI S.P.A., SCUDERIA FERRARI S.P.A., DALLARA AUTOMOBILI S.P.A., DAIMLER AG, LEWIS HAMILTON, CHARLES LECLERC, FERRARI N.V., FORMULA ONE WORLD CHAMPIONSHIP LTD. | § | |

## **ORDER SETTING FINAL PRETRIAL CONFERENCE**

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for FINAL PRETRIAL CONFERENCE by Zoom on March 18, 2022  at  09:00 AM.

IT IS SO ORDERED this 27th day of October, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE