UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENS H.S. NYGAARD § | |
| § | CIVIL NO: |
| vs. § | WA:20-CV-00234-ADA |
| § | |
| FEDERATION INTERNATIONALE DE § | |
| L'AUTOMOBILE, FORMULA ONE | |
| MANAGEMENT LTD., DELTA TOPCO | |
| LTD., MERCEDES-BENZ GRAND PRIX | |
| LTD., RED BULL TECHNOLOGY LTD., | |
| RED BULL RACING LTD., FERRARI | |
| S.P.A., SCUDERIA FERRARI S.P.A., | |
| DALLARA AUTOMOBILI S.P.A., | |
| DAIMLER AG, LEWIS HAMILTON, | |
| CHARLES LECLERC, FERRARI N.V., | |
| FORMULA ONE WORLD CHAMPIONSHIP | |
| LTD. | |

## ORDER RESETTING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **JURY SELECTION AND TRIAL** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Monday, April 04, 2022 at 09:00 AM**.

IT IS SO ORDERED this 27th day of October, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE