RECEIVED
November 16, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____lad_____
       DEPUTY

**MINISTÈRE DE LA JUSTICE**
*Liberté*
*Égalité*
*Fraternité*

Direction des affaires civiles et du sceau

DÉPARTEMENT DE L'ENTRAIDE,
DU DROIT INTERNATIONAL PRIVE
ET EUROPÉEN

Paris, le 18 octobre 2021,

Reference:
288OP2021
✉ entraide-civile-internationale@justice.gouv.fr
Tél. : 00331 44 77 61 05

United States District Court for
Western District of Texas
Waco Division
800 Franklin Avenue, Room 301, W
Texas 76701

For the Honorable, Alan Albright,

**SUBJECT:** Acceptation of a taking of evidence request pursuant the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters

**CASE:** JENS H.S c/ FEDERATION INTERNATIONALE DE L'AUTOMOBILE

**Y/REF:** 6:20-cv-00234-ADA

Your Honor,

The French Ministry of Justice has the honor to acknowledge receipt, on October, 14th, 2021, of taking of evidence request in civil and commercial matters, issued by the United States Dist Court for the Western District of Texas, Waco Division on October, 8th, 2021, regarding the hearing by the consular authorities of the witnesses referred to in the letter rogatory.

I inform you that this request has been authorized and these hearings will take place at the firm, located at 31 avenue Pierre 1er de Serbie, 75782 Paris Cedex 16.

Yours sincerely,

Elodie MACIEJEWSKI

DACS
13, place Vendôme – 75042 Paris Cedex 01
Téléphone : 01 44 77 61 05
www.justice.gouv.fr

uct cout fa the Western

enue, Room 301, Waco

701

. A



PRIORITAIRE
PRIORITY
Document
PARIS LOUVRE PPD
PARIS
21-10-21
656 IO 114462
19AF 758930

€ R.F.
LA POSTE
002,30
HU 224388



**MINISTÈRE DE LA JUSTICE**

*Liberté*
*Égalité*
*Fraternité*

United States Dist
District of Texas
Waco Division
800 Franklin A
TEXAS 76
U·S