**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| JENS H. S. NYGAARD<br><br>Plaintiff,<br><br>v.<br><br>FÉDÉRATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., FORMULA ONE WORLD CHAMPIONSHIP, MERCEDES BENZ GRAND PRIX LTD., DAIMLER AG, LEWIS HAMILTON, RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., FERRARI S.P.A., CHARLES LECLERC, AND DALLARA AUTOMOBILI S.P.A,<br><br>Defendants. | Civil Action No. 6:20-cv-00234-ADA<br><br>JURY TRIAL REQUESTED |

**ORDER**

Before the Court is DEFENDANTS' PARTIAL MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT.  Having considered the papers and the arguments of counsel, the Court is of the opinion that Defendants' Motion should be **GRANTED**.

It is therefore **ORDERED** that DEFENDANTS' PARTIAL MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT is **GRANTED**.

**IT IS SO ORDERED**.

SIGNED this _____ day of _____, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE