IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENS H.S. NYGAARD,<br><br>    Plaintiff,<br><br>    v.<br><br>FÉDÉRATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., FORMULA ONE WORLD CHAMPIONSHIP, MERCEDES-BENZ GRAND PRIX LTD., DAIMLER AG, LEWIS HAMILTON, RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., FERRARI S.P.A., CHARLES LECLERC, and DALLARA AUTOMOBILI S.P.A.,<br><br>    Defendants. | Case No. 6:20-cv-00234-ADA |

**ADDITIONAL EXHIBITS TO THE MOTION OF THE RED BULL DEFENDANTS
FOR SUMMARY JUDGMENT OF NO DAMAGES AND
TO DISMISS THEM FROM THIS CASE**

February 2, 2022

Deron R. Dacus
State Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543

Edgar H. Haug (pro hac vice)
Mark A. Chapman (pro hac vice)
Roman Khasidov (pro hac vice)
HAUG PARTNERS LLP
745 Fifth Avenue, 10th Floor
New York, New York 10151
Phone: (212) 588-0800
Fax: (212) 588-0500

*Counsel for Defendants Red Bull Racing
Ltd. and Red Bull Technology Ltd.*

Dated: February 2, 2022  Respectfully submitted,

By: /s/ Deron R. Dacus
Deron R. Dacus
State Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

Edgar H. Haug (pro hac vice)
Mark A. Chapman (pro hac vice)
Roman Khasidov (pro hac vice)
HAUG PARTNERS LLP
745 Fifth Avenue, 10th Floor
New York, New York 10151
Phone: (212) 588-0800
Fax: (212) 588-0500

*Counsel for Defendants Red Bull Racing Ltd. and Red Bull Technology Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document and exhibits 5-8 and 14 have been served on all counsel of record via electronic mail and the Court's ECF system on February 2, 2022.

s/ *Roman Khasidov*  
Roman Khasidov
