UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENS H. S. NYGAARD<br><br>    Plaintiff,<br><br>v.<br><br>FÉDÉRATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., FORMULA ONE WORLD CHAMPIONSHIP, MERCEDES-BENZ GRAND PRIX LTD., DAIMLER AG, LEWIS HAMILTON, RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., FERRARI S.P.A., CHARLES LECLERC, AND DALLARA AUTOMOBILI S.P.A,<br><br>    Defendants. | Case No. 6:20-cv-00234-ADA<br><br>JURY TRIAL DEMANDED |

## ORDER DENYING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT (DKT 262)

Before the Court is Defendants' Motion for Partial Summary Judgment of Non-Infringement. Having considered the papers and the arguments of counsel, the Court is of the opinion that Defendants' Motion should be **DENIED**.

It is therefore **ORDERED** that Defendants' Motion for Partial Summary Judgment of Non-Infringement is **DENIED**.

**IT IS SO ORDERED**.

SIGNED this _____ day of _____, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE