# Exhibit 4

| Differences between claims 2 and 11 other than "at least two second linearly extending structural units" | |
|---|---|
| 2. A strengthening member for mounting in a vehicle, formed of at least three first linearly extending structural units placed in a triangular arrangemeent, for extending from the front structure of the vehicle and second linearly extending structural unit joining the at least three first linearly extending units, the second structural units being not horizontal, and wherein the first linearly extending structural units of the strengthening member have a width not exceeding 65 mm, the strengthening member having a connection for fixing the strengthening member to the vehicle, whereby, when mounted in the vehicle, the strengthening member extends obliquely to the vertical direction of the vehicle. | 11. A road vehicle comprising at least one strengthening member fixed to a structure of the vehicle and extending in front of the driver's position, wherein the strengthening member is dimensioned so that the strengthening member will not prevent the driver seeing an object which is at least two meters from the front windscreen, when the driver uses binocular vision and without requiring the driver to the move the driver's head, wherein the strengthening member is formed of at least three first linearly extending structural units, extending from the front structure of the vehicle to the top frame of the front windscreen and at least two second linearly extending structural units joining the at least three first linearly extending units, at least two of the first linearly extending structural units lying substantially in line with the normal position of the driver. |

**Key:**

Green highlighting represents limitations in claim 2 that do not appear in claim 11.

Blue highlighting represents limitations in claim 11 that do not appear in claim 2.