# Exhibit 1

Previous / F1 and Netflix reveal Drive to Survive season 4 release date  Next / The key test Norris aced that Ricciardo faces in F1 2022

**FORMULA 1** NEWS

# Red Bull lands record $150m cryptocurrency sponsorship deal

The Red Bull Racing Formula 1 team has signed a sponsorship deal worth $150m over three years with Singapore-based cryptocurrency platform Bybit.





By:
 **Adam Cooper**
Feb 16, 2022, 4:28 AM

**Listen to this article**

Although the headline figure has not been officially confirmed the arrangement is understood to be the largest per annum cryptocurrency sponsorship signed thus far in any international sport.

RBR recently announced a lucrative title deal with tech giant Oracle as it seeks to plug the hole left by the loss of works Honda backing and also finance the new Red Bull Powertrains division, and the Bybit contract as principal team partner makes another significant contribution.

The plan is for Bybit to help the team to grow fan engagement in its role as fan token issuance partner.

Founded in 2018, Bybit is a derivative exchange, in essence dealing with contracts that give traders the right to buy or sell crypto assets at a certain price at a future date.

In November the company became the main sponsor of Argentina's national soccer team.

Regarding the deal Christian Horner said: "They share the team's passion to exist at the forefront of technological innovation, to set the competitive pace and to disrupt the status quo. Allied to that is Bybit's commitment to enlivening the fan experience in F1 through digital innovation.

"This is also a key mission for the team and Bybit's assistance will help us build a deeper

more immersive and unique connection with the team for fans around the world."

Bybit is the latest in a growing line of companies from the cryptocurrency field to use F1 as a marketing platform, with several teams on the grid having already forged relationships.

The highest profile thus far is Crypto.com, which is a partner of F1 and title sponsor of the inaugural Miami GP in May, as well as a key backer of the Aston Martin team.

Alpine recently announced the launch of a fan token via Binance, while Red Bull's sister team AlphaTauri has extended the arrangement with Fantom that it first announced in May 2021.

Mercedes signed a deal with FTX last September, while for 2022 McLaren has a new partnership with Turkish firm Bitci.com, and Ferrari has aligned with Swiss-based Velas Network.

Red Bull was one of the first F1 teams to explore the cryptocurrency field, having previously agreed a deal with FuturoCoin in 2019.

> Read Also:
> - Why F1 is embracing NFTs, despite the critics



# Related video



Max Verstappen and Sergio Perez discuss the 2022 Formula 1 season
F1 Updates: F1 News and Features





PREVIOUS ARTICLE
F1 and Netflix reveal Drive to Survive season 4 release date

NEXT ARTICLE
The key test Norris aced that Ricciardo faces in F1 2022



LOAD COMMENTS



MORE FROM

Adam Cooper



FORMULA 1
3 h

F1 teams set for crisis meeting to discuss Russian GP



FORMULA 1
7 h

Wolff: No "conscious bias" from F1 stewards despite Hamilton suggestions



**FORMULA 1**
23 d

[How one ambitious Frenchman is leading Alpine's new future](#)



MORE FROM

Red Bull Racing

**BARCELONA FEBRUARY TESTING**



FORMULA 1

What Red Bull was trying to hide from F1 rivals until testing started



FORMULA 1
 1 d

Wolff, Horner agree to bury hatchet over "brutal" 2021 F1 rivalry



FORMULA 1
 1 d

The secrets revealed in Red Bull's belated RB18 unveiling

LATEST NEWS



FORMULA 1
 35 min

Live: Follow Barcelona F1 testing as it happens



FORMULA 1

F1 outfits underestimated 'porpoising' potential, says Ferrari



FORMULA 1

3 h

F1 teams set for crisis meeting to discuss Russian GP



FORMULA 1
3 h

Verstappen blasts "very unfair" decision to drop F1 race director Masi

PRIME



PRIME

The defiant hope behind Ferrari's vital 2022 F1 mission

By Luke Smith
FORMULA 1
5 h



PRIME

What we learned from the first day of F1 2022 pre-season testing

By Matt Kew

FORMULA 1
20 h



PRIME

How the new F1 cars look from the Barcelona trackside

By Alex Kalinauckas

FORMULA 1
22 h



The secrets revealed in Red Bull's belated RB18 unveiling

By Jake Boxall-Legge

FORMULA 1
Feb 23, 2022



The reality behind Hamilton's punchy vows for F1 2022

By Alex Kalinauckas

FORMULA 1
Feb 21, 2022



PRIME

Karun Chandhok's 10 big questions facing F1 2022

By Karun Chandhok

FORMULA 1
Feb 20, 2022



PRIME

The "rabbit hole" that F1 needed to stay out of

By Jonathan Noble

FORMULA 1
Feb 19, 2022



PRIME

# The intriguing Mercedes discrepancy keeping its F1 rivals guessing

By Jake Boxall-Legge

FORMULA 1

Feb 18, 2022

SUBSCRIBE TO OUR NEWSLETTER

*part of*

## The Motorsport.com app

Sign in

Subscribe to Motorsport.com PRIME

Register for free

Subscribe to our newsletter

RSS Feeds

About us

Series

All Series

Prime Content

Formula 1

Motorbikes

WEC - Sportscar

Open wheel

NASCAR

List of all series

Motorsport Network

Motorsport.tv

Motor1.com

Motorsportjobs.com

Giorgiopiola.com

Motorsportimages.com

Autosport.com

Motorsportstats.com

Contact us

Advertise with Motorsport.com

Contact the team

+1 305 507 87 99

5972 NE 4th Avenue

Miami, FL 33137

USA

© 2022 Motorsport Network. All rights reserved.

Terms & Conditions
Cookie policy
Privacy Policy
Cookie Settings