# Exhibit 33



RED BULL TECHNOLOGY LIMITED

REPORT AND FINANCIAL STATEMENTS

31 DECEMBER 2019

Company No. 05202976



FRIDAY

A43   *A9EB5WHN*   #176
25/09/2020
COMPANIES HOUSE

Red Bull Technology Limited

**Directors**
C E J Horner
A D Rew

**Secretary**
Laytons Secretaries Limited
2 More London Riverside
London SE1 2AP

**Auditors**
Ernst & Young LLP
1 More London Place
London SE1 2AF

**Bankers**
HSBC
City Corporate Banking Centre
60 Victoria Street
London EC4N 4TR

**Registered Office**
Building 1
Bradbourne Drive
Tilbrook
Milton Keynes MK7 8BJ

Red Bull Technology Limited

Company No. 05202976

# Strategic Report

## Review of the business

The principal activity of the group is the design, development and manufacture of Formula One racing cars. The principal activity of its subsidiary is the management of a Formula One motor racing team.

The directors consider competitiveness, reliability and a controlled cost base as principal Key Performance Indicators to assess progress towards strategic goals.

The new partnership of Red Bull Racing and Honda has made a significant step in both performance and reliability compared to 2018. The progress made in the year culminated in a 3rd place finish in the FiA Constructor World Championship.

Costs in Formula One remain under scrutiny and, with impending regulations for 2021, the controls will be an even more important competitive factor. Increased costs in 2019 reflect a further broadening of activity within the group beyond the supply to the Red Bull Racing team.

Group Turnover has grown 8% from a range of income streams, including sponsorship, technical partners, technology sales and marketing activities.

The successful collaboration with Aston Martin within the Advanced Technology division has broadened. Alongside the Valkyrie showcased at the Silverstone Grand Prix, the partnership is developing this exciting Hypercar as a contender for the Le Mans 24 hour race.

Turnover for the year amounted to £337,611,000 (2018 – £314,025,000).

## Principal risks and uncertainties

### Competitive Risks

The group's principal risk is the level of financial contribution the group receives for the racing programme. Contributions are dependent upon the underlying performance of the group's racing activities, which has been strong in recent years. Any risk is mitigated by entering into long and medium term contracts with our commercial partners and continuing to invest in research and development to ensure continued successful on track performance.

### Legislative Risks

The group operates in the exciting, dynamic but challenging environment of Formula One. The principle rule maker in the sport is the FiA. Changes in regulations by the FiA can have a material impact on a team's competitive capabilities with significant commercial consequences. The team is able to mitigate the risk by maintaining and developing the core strengths.

Red Bull Technology Limited

# Strategic Report (continued)

### Financial Instrument Risks

As part of the review, the directors have considered the exposure of the group to liquidity risk and foreign exchange risk, in order that an overall assessment can be made of the group's assets, liabilities, its financial position and its results for the year.

### Use of Derivatives

The group does not use derivative financial instruments to manage interest rate costs and as such, no hedge accounting is applied.

### Exposure to price, credit, liquidity and cash flow risk

The group is funded through its retained profits and intercompany balances. The directors actively consider other sources of funding to ensure that the group has sufficient available funds for its operations.

The group has foreign currency transactions denominated in Euro, USD and other currencies. The Board reviews and agrees policies for managing risks arising from the group's operations.

### Brexit

The management team have examined the groups exposure to Brexit and have plans to mitigate in place to enable operations to continue unaffected.

### Section 172(1) statement

The directors understand their obligation to act in good faith, promoting the success of the company for the benefit of its members as a whole, and therefore before taking decisions the board will review information which is gathered to ascertain the key effect of their decisions regarding (amongst other matters) :

(a) the likely consequences of any decision in the long term,

(b) the interests of the company's employees,

(c) the need to foster the company's business relationships with suppliers, customers and others,

(d) the impact of the company's operations on the community and the environment,

(e) the desirability of the company maintaining a reputation for high standards of business conduct, and

(f) the need to act fairly as between members of the company.

On behalf of the Board
A D Rew

Director
23 January 2020

3

Red Bull Technology Limited

Company No. 05202976

# Directors' report

The directors present their report and financial statements for the year ended 31 December 2019.

## Directors

The directors who served the company during the year were as follows:

C E J Horner
A D Rew

## Results and dividends

The group profit for the year after taxation amounted to £8,044,000 (2018 – profit of £10,163,000). No interim dividend was paid (2018 – £NIL). The directors do not recommend a final dividend.

## Research and development

The group operates a number of research and development programmes; research and development costs are predominantly in relation to competing in the FiA Formula One World Championship.

## Future developments

Red Bull is committed to participate in Formula One to the end of the 2020 championship. It is for the FIA and Commercial Right Holder to ensure a regulatory and commercial framework to enable fair competition and an appropriate return within the new Concorde Agreement for 2021 and beyond.

Red Bull Technology continues to broaden its activity and customer base, whilst retaining Formula One at its core.

## Financial Instruments

Details of financial instruments are provided in the Strategic Report on page 2 within the section of principal risks and uncertainties.

## Going concern

The financial statements are prepared on a going concern basis as the Directors believe there will be sufficient cash available to meet liabilities as and when they fall due. The company's ultimate parent undertaking, Red Bull GmbH, confirmed to the Directors that it has no plans or intentions that would materially affect the ordinary operations of the company within the next 12 months from the date of signing or the carrying value or classification of its assets and liabilities at 31 December 2019 and has no plans or intentions to demand repayment of intercompany loans unless the company has the facilities to repay them.

Red Bull Technology Limited

# Directors' report (continued)

### Disabled employees

It is the group's policy to offer equal opportunities to disabled persons, whether registered or not, who apply for job vacancies, having regard to their aptitudes and abilities in relation to the jobs they apply for.

Employees who become disabled whilst in the group's employment will be retained in employment wherever possible and will be given help with any necessary rehabilitation and training.

### Employee involvement

The group's policy is to discuss and consult with employees on matters likely to affect their interests. Information on matters of concern to employees is provided through regular reports and bulletins which seek to achieve a common awareness on the part of all employees of the financial and economic factors affecting the performance of the company.

### Disclosure of information to the auditors

So far as each person who was a director at the date of approving this report is aware, there is no relevant audit information, being information needed by the auditor in connection with preparing its report, of which the auditor is unaware. Having made enquiries of fellow directors and the group's auditor, each director has taken all the steps that he is obliged to take as a director in order to make himself aware of any relevant audit information and to establish that the auditor is aware of that information.

### Re-appointment of Auditors

In accordance with s.487 of the Companies Act 2006, Ernst & Young LLP are deemed reappointed as auditor of the Group and Company.

On behalf of the Board
A D Rew

Director
23 January 2020

Red Bull Technology Limited

# Statement of Directors' Responsibilities

The directors are responsible for preparing the Strategic Report, Directors' Report and the financial statements in accordance with applicable law and regulations.

Company law requires the directors to prepare financial statements for each financial year. Under that law the directors have elected to prepare the financial statements in accordance with United Kingdom Generally Accepted Accounting Practice (United Kingdom Accounting Standards and applicable law). Under company law the directors must not approve the financial statements unless they are satisfied that they give a true and fair view of the state of affairs of the group and the company and of the profit or loss of the group for that period. In preparing these financial statements, the directors are required to:

- select suitable accounting policies and then apply them consistently;
- make judgements and estimates that are reasonable and prudent;
- state whether applicable UK Accounting Standards have been followed, subject to any material departures disclosed and explained in the financial statements; and
- prepare the financial statements on the going concern basis unless it is inappropriate to presume that the company will continue in business.

The directors are responsible for keeping adequate accounting records that are sufficient to show and explain the group's and the company's transactions and disclose with reasonable accuracy at any time the financial position of the group and the company and enable them to ensure that the financial statements comply with the Companies Act 2006. They are also responsible for safeguarding the assets of the group and the company and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

INDEPENDENT AUDITOR'S REPORT TO THE MEMBERS OF RED BULL TECHNOLOGY LIMITED

## Opinion

We have audited the financial statements of Reb Bull Technology Limited ('the parent company') and its subsidiaries (the 'group') for the year ended 31 December 2019 which comprise Group Income Statement, the Group and Company Statement of Financial Position, the Group Statement of Changes in Equity, the Group Statement of Cashflow and the related notes 1 to 18, including a summary of significant accounting policies. The financial reporting framework that has been applied in their preparation is applicable law and United Kingdom Accounting Standards FRS 102 "The Financial Reporting Standard applicable in the UK and Republic of Ireland" (United Kingdom Generally Accepted Accounting Practice).

In our opinion, the financial statements:

- give a true and fair view of the group's and of the parent company's affairs as at 31 December 2019 and of the group's profit for the year then ended;

- have been properly prepared in accordance with United Kingdom Generally Accepted Accounting Practice; and

- have been prepared in accordance with the requirements of the Companies Act 2006.

## Basis for opinion

We conducted our audit in accordance with International Standards on Auditing (UK) (ISAs (UK)) and applicable law. Our responsibilities under those standards are further described in the Auditor's responsibilities for the audit of the financial statements section of our report below. We are independent of the group and parent company in accordance with the ethical requirements that are relevant to our audit of the financial statements in the UK, including the FRC's Ethical Standard, and we have fulfilled our other ethical responsibilities in accordance with these requirements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

## Conclusions relating to going concern

We have nothing to report in respect of the following matters in relation to which the ISAs (UK) require us to report to you where:

- the directors' use of the going concern basis of accounting in the preparation of the financial

  statements is not appropriate; or
- the directors have not disclosed in the financial statements any identified material uncertainties that may cast significant doubt about the group's or the parent company's ability to continue to adopt the going concern basis of accounting for a period of at least twelve months from the date when the financial statements are authorised for issue.

INDEPENDENT AUDITOR'S REPORT TO THE MEMBERS OF RED BULL TECHNOLOGY LIMITED (continued)

## Other information

The other information comprises the information included in the annual report, other than the financial statements and our auditor's report thereon. The directors are responsible for the other information.

Our opinion on the financial statements does not cover the other information and, except to the extent otherwise explicitly stated in this report, we do not express any form of assurance conclusion thereon.

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If we identify such material inconsistencies or apparent material misstatements, we are required to determine whether there is a material misstatement in the financial statements or a material misstatement of the other information. If, based on the work we have performed, we conclude that there is a material misstatement of the other information, we are required to report that fact.

We have nothing to report in this regard.

## Opinions on other matters prescribed by the Companies Act 2006

In our opinion, based on the work undertaken in the course of the audit:

- the information given in the strategic report and the directors' report for the financial year for which the financial statements are prepared is consistent with the financial statements; and

- the strategic report and directors' report have been prepared in accordance with applicable legal requirements.

## Matters on which we are required to report by exception

In the light of the knowledge and understanding of the group and the parent company and its environment obtained in the course of the audit, we have not identified material misstatements in the strategic report or directors' report.

We have nothing to report in respect of the following matters in relation to which the Companies Act 2006 requires us to report to you if, in our opinion:
- adequate accounting records have not been kept, or returns adequate for our audit have not been received from branches not visited by us; or
- the parent company financial statements are not in agreement with the accounting records and returns; or
- certain disclosures of directors' remuneration specified by law are not made; or
- we have not received all the information and explanations we require for our audit

INDEPENDENT AUDITOR'S REPORT TO THE MEMBERS OF RED BULL TECHNOLOGY LIMITED
(continued)

### Responsibilities of directors

As explained more fully in the directors' responsibilities statement set out on page 6, the directors are responsible for the preparation of the financial statements and for being satisfied that they give a true and fair view, and for such internal control as the directors determine is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the directors are responsible for assessing the group's and the parent company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the directors either intend to liquidate the group or the parent company or to cease operations, or have no realistic alternative but to do so.

### Auditor's responsibilities for the audit of the financial statements

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs (UK) will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

A further description of our responsibilities for the audit of the financial statements is located on the Financial Reporting Council's website at https://www.frc.org.uk/auditorsresponsibilities. This description forms part of our auditor's report.

### Use of our report

This report is made solely to the company's members, as a body, in accordance with Chapter 3 of Part 16 of the Companies Act 2006.  Our audit work has been undertaken so that we might state to the company's members those matters we are required to state to them in an auditor's report and for no other purpose.  To the fullest extent permitted by law, we do not accept or assume responsibility to anyone other than the company and the company's members as a body, for our audit work, for this report, or for the opinions we have formed.

*Ernst + Young LLP*

Stuart Darrington (Senior statutory auditor)
for and on behalf of Ernst & Young LLP, Statutory Auditor
London
24 January 2020

Red Bull Technology Limited

# Group Income Statement

for the year ended 31 December 2019

| | Notes | 2019 £000 | 2018 £000 |
|---|---|---|---|
| *Turnover* | 2 | 337,611 | 314,025 |
| Cost of sales | | (278,325) | (265,945) |
| *Gross profit* | | 59,286 | 48,080 |
| | | | |
| Administrative expenses | | (47,711) | (38,265) |
| *Operating profit* | 3 | 11,575 | 9,815 |
| Gain on revaluation of investment property | 8 | 897 | 302 |
| Profit on disposal of tangible fixed assets | | 59 | 50 |
| *Profit on ordinary activities before investment income, interest and taxation* | 3 | 12,531 | 10,167 |
| | | | |
| Bank interest receivable | 5 | 17 | 10 |
| *Profit on ordinary activities before taxation* | | 12,548 | 10,177 |
| Tax on profit on ordinary activities | 6 | (4,504) | (14) |
| *Profit for the financial year* | | 8,044 | 10,163 |

The income statement has been prepared on the basis that all operations are continuing.

The notes on pages 15 to 29 form part of these financial statements.

Red Bull Technology Limited

# Statement of Changes in Equity

for the year ended 31 December 2019

| Group | Share capital £000 | Profit and loss account £000 | Non-distributable reserve £000 | Total share-holders' funds £000 |
|---|---|---|---|---|
| At 1 January 2018 | 2,704 | 28,221 | 2,500 | 33,425 |
| Profit for the year | – | 9,563 | 600 | 10,163 |
| At 31 December 2018 | 2,704 | 37,784 | 3,100 | 43,588 |
| Profit for the year | – | 7,147 | 897 | 8,044 |
| At 31 December 2019 | 2,704 | 44,931 | 3,997 | 51,632 |

| Company | Share capital £000 | Profit and loss account £000 | Non-distributable reserve £000 | Total share-holders' funds £000 |
|---|---|---|---|---|
| At 1 January 2018 | 2,704 | 25,897 | – | 28,601 |
| Profit for the year | – | 9,241 | – | 9,241 |
| At 31 December 2018 | 2,704 | 35,138 | – | 37,842 |
| Profit for the year | – | 6,529 | 897 | 7,426 |
| At 31 December 2019 | 2,704 | 41,667 | 897 | 45,268 |

Red Bull Technology Limited

Company No. 05202976

# Group Statement of Financial Position

at 31 December 2019

|  | Notes | 2019 £000 | 2018 £000 |
|---|---|---|---|
| *Fixed assets* | | | |
| Tangible assets | 8 | 96,237 | 92,948 |
| *Current assets* | | | |
| Stocks | 10 | 15,372 | 13,806 |
| Debtors | 11 | 71,083 | 57,838 |
| Cash at bank and in hand | | 3,206 | 3,094 |
| | | 89,661 | 74,738 |
| *Creditors:* amounts falling due within one year | 12 | (134,266) | (124,098) |
| *Net current liabilities* | | (44,605) | (49,360) |
| Total assets less current liabilities | | 51,632 | 43,588 |
| *Capital and reserves* | | | |
| Called up share capital | 14 | 2,704 | 2,704 |
| Non-distributable reserve | | 3,997 | 3,100 |
| Profit and loss account | | 44,931 | 37,784 |
| *Shareholders' funds* | | 51,632 | 43,588 |

These financial statements were approved by the Board on 23 January 2020 and signed on its behalf by

A D Rew
Director

Red Bull Technology Limited

Company No. 05202976

# Company Statement of Financial Position

at 31 December 2019

|  | Notes | 2019 £000 | 2018 £000 |
|---|---|---|---|
| *Fixed assets* |  |  |  |
| Tangible fixed assets | 8 | 87,002 | 83,154 |
| Investments | 9 | 135 | 135 |
|  |  | 87,137 | 83,289 |
| *Current assets* |  |  |  |
| Stock | 10 | 15,052 | 13,806 |
| Debtors | 11 | 46,266 | 46,311 |
| Cash at bank and in hand |  | 482 | 392 |
|  |  | 61,800 | 60,509 |
| *Creditors:* amounts falling due within one year | 12 | (103,669) | (105,956) |
| *Net current liabilities* |  | (41,869) | (45,447) |
| *Total assets less current liabilities* |  | 45,268 | 37,842 |
|  |  |  |  |
| *Capital and reserves* |  |  |  |
| Called up share capital | 14 | 2,704 | 2,704 |
| Non-distributable reserve |  | 897 | – |
| Profit and loss account |  | 41,667 | 35,138 |
| *Shareholders' funds* |  | 45,268 | 37,842 |

These financial statements were approved by the Board on 23 January 2020 and signed on its behalf by

A D Rew
Director

Red Bull Technology Limited

# Group Statement of Cash Flows

at 31 December 2019

|  | Notes | 2019 £000 | 2018 £000 |
|---|---|---|---|
| *Operating activities* | | | |
| *Net cash inflow from operating activities* | 15 | 16,369 | 16,422 |
| *Investing activities* | | | |
| Interest received | | 17 | 10 |
| Payments to acquire tangible fixed assets | | (16,314) | (14,158) |
| Receipts from sales of tangible fixed assets | | 59 | 60 |
| *Net cash outflow from investing activities* | | (16,238) | (14,088) |
| | | | |
| *Increase in cash and cash equivalents* | | 131 | 2,334 |
| *Effect of exchange rates on cash and cash equivalents* | | (19) | 64 |
| *Cash and cash equivalents at 1 January* | | 3,094 | 696 |
| *Cash and cash equivalents at 31 December* | | 3,206 | 3,094 |

Net funds are represented by cash at bank and in hand on page 12.

14

Red Bull Technology Limited

# Notes to the financial statements

*at 31 December 2019*

1.  Accounting policies

    *Statement of compliance*

    Red Bull Technology Limited is a limited liability company incorporated in England. The registered office is Building 1, Bradbourne Drive, Tilbrook, Milton Keynes, MK7 8BJ.

    The Group's financial statements have been prepared in compliance with FRS 102 as it applies to the financial statements of the Group for the year ended 31 December 2019.

    *Basis of preparation and change in accounting policy*

    The financial statements are prepared on a going concern basis, under the historical cost convention and in accordance with applicable accounting standards in the United Kingdom and the Companies Act 2006. The financial statements are prepared in sterling which is the functional currency of the group and rounded to the nearest £'000.

    *Basis of consolidation Group financial statements*

    The group financial statements consolidate the financial statements of Red Bull Technology Limited and its subsidiary undertaking Red Bull Racing Limited drawn up to 31 December 2019. The company has not presented its income statement as permitted by section 408 of the Companies Act 2006.

    A summary of the more important accounting policies, which have been applied consistently, is set out below:

    *Judgements and key sources of estimation uncertainty*

    The preparation of the financial statements requires management to make judgements, estimates and assumptions that affect the amounts reported for assets and liabilities as at the statement of financial position date and the amounts reported for revenues and expenses during the year. However, the nature of estimation means that actual outcomes could differ from those estimates. The following judgements (apart from those involving estimates) have had the most significant effect on amounts recognised in the financial statements.

    *Research and development expenditure*

    Research and development expenditure is charged to the profit and loss account as incurred, except that development expenditure incurred on an individual project is capitalised as an intangible asset when the group can demonstrate the technical feasibility of completing the intangible asset so that it will be available for use or sale, its intention to complete and its ability to use or sell the asset, how the asset will generate future economic benefits, the availability of resources to complete the asset and the ability to measure reliably the expenditure during development.

    *Operating leases*

    Payments under operating leases are charged to the profit and loss account on the straight-line basis over the term of the lease.

    Receipts under operating leases are credited to the profit and loss account on the straight-line basis over the term of the lease.

Red Bull Technology Limited

# Notes to the financial statements (continued)

at 31 December 2019

1.  Accounting policies (continued)

*Finance leased assets*

Leases of assets that transfer substantially all the risks and rewards incidental to ownership are classified as finance leases.

Finance leases are capitalised at commencement of the lease at the value of the leased asset and for any future lease payments. Where the implicit rate cannot be determined the Group's incremental borrowing rate is used.

Assets are depreciated over the estimated useful life of the asset. Assets are assessed for impairment at each reporting date.

The capital element of lease obligations is recorded as a liability on inception of the arrangement.

*Investment properties*

Investment properties are stated at their fair value.

The carrying values of tangible investment properties are reviewed for revaluation and impairment on a regular basis as deemed appropriate by the Directors as well as considering when events or changes in circumstances indicate the carrying value may not be recoverable.

A gain or deficit on revaluation is recognised in the Income Statement for the year and subsequently transferred to the non-distributable reserve.

The Group engages with an independent valuation specialist to determine fair value at 31 December 2019. The key assumptions used to determine the fair value of investment properties are further explained in note 8.

*Tangible fixed assets*

Fixed assets are stated at cost less accumulated depreciation and accumulated impairment losses.

Provision for depreciation of tangible fixed assets, other than assets in the course of construction, is made on the straight-line basis at rates calculated to write off the cost of the assets, less their estimated residual values, over their expected useful economic lives, which are considered to be:

Motor vehicles – 3 to 5 years
Office and workshop equipment – 3 to 7 years
Freehold land and buildings – 20 to 50 years

The carrying values of tangible fixed assets are reviewed for impairment when events or changes in circumstances indicate the carrying value may not be recoverable.

*Impairment of non-financial assets*

The carrying values of fixed asset investments are reviewed for impairment when events or changes in circumstances indicate the carrying value may not be recoverable.

*Cash and cash equivalents*

Cash equivalents are short-term, highly liquid investments that are readily convertible to known amounts of cash that are subject to an insignificant risk of changes in value.

Red Bull Technology Limited

# Notes to the financial statements (continued)

*at 31 December 2019*

1.  Accounting policies (continued)

    *Revenue recognition*

    Revenue represents sponsorship and promotional income, prize money, bonus payments, income from design, manufacturing, support services and contributions towards the race programme received and receivable net of value added tax. In certain cases, the company enters into agreements with suppliers whereby goods and services are received in exchange for the provision of various sponsorship and marketing activities.

    In such cases, turnover is recorded at the fair value of goods or services received. Revenue from long term contracts is recognised by reference to the stage of completion. The stage of completion is measured by reference to the cost completion method. Where the contract outcome cannot be measured reliably, revenue is recognised only to the extent of the expenses recognised that are recoverable.

    Revenue is recognised to the extent that it is probable that the economic benefits will flow to the company and the revenue can be reliably measured. Revenue is measured at the fair value of the consideration received, excluding discounts, rebates, VAT and other sales taxes.

    *Stocks*

    Stocks are stated at the lower of cost and net realisable value.

    In respect of raw materials, consumables and racing spares, and race cars in the course of construction, cost is defined as purchase price on a first in, first out basis. In the case of racing spares and race cars in the course of construction, costs also include an appropriate proportion of production overheads based on the normal level of activity. Work in progress is valued based on the cost of direct materials and labour plus attributable overheads.

    *Pensions*

    The company contributes to a defined contribution scheme administered by an independent pension provider company. Contributions are charged to the profit and loss in the period they arise.

    *Deferred taxation*

    Deferred taxation is recognised in respect of all timing differences that have originated but not reversed at the statement of financial position date where transactions or events have occurred at that date that will result in an obligation to pay more, or right to pay less or to receive more, tax, with the following exceptions:

    *   Provision is made for tax on gains arising from the revaluation (and similar fair value adjustments) of fixed assets, or gains on disposal of fixed assets that have been rolled over into replacement assets, only to the extent that, at the statement of financial position date, there is a binding agreement to dispose of the assets concerned. However, no provision is made where, on the basis of all available evidence at the statement of financial position date, it is more likely than not that the taxable gain will be rolled over into replacement assets and charged to tax only where the replacement assets are sold.

    *   Provision is made for deferred taxation that would arise on remittance of the retained earnings of subsidiaries, associates and joint ventures only to the extent that, at the statement of financial position date, dividends have been accrued as receivable.

Red Bull Technology Limited

# Notes to the financial statements (continued)

at 31 December 2019

- Deferred tax assets are recognised only to the extent that the directors consider that it is more likely than not that there will be suitable taxable profits from which the future reversal of the underlying timing differences can be deducted.

Deferred tax is measured on an undiscounted basis at the tax rates that are expected to apply in the periods in which timing differences reverse, based on tax rates and laws enacted or substantively enacted at the statement of financial position date.

*Foreign currencies*

Monetary assets and liabilities denominated in foreign currencies are translated into sterling at the rate of exchange ruling at the statement of financial position date. Transactions denominated in foreign currencies are converted at the rate of exchange ruling at the date of the transaction. All translation differences are taken to the profit and loss account as they arise.

2.  **Turnover**

Turnover, which is stated net of value added tax, represents income derived from the continuing ordinary activities of the group as described in more detail in note 1 to the financial statements. All amounts arise in the United Kingdom.

3.  **Operating profit**

This is stated after charging/(crediting):

|  | 2019 £000 | 2018 £000 |
|---|---|---|
| Auditors' remuneration  – audit of the financial statements | 77 | 68 |
| – non-audit fees relating to taxation services | 84 | 110 |
| Research and development expenditure recognised in the year | 129,722 | 118,084 |
| Depreciation of owned assets | 13,921 | 13,068 |
| (Profit) on disposal of fixed assets | (59) | (50) |
| Foreign exchange loss | 781 | 20 |
| Above the line credit recognised in the year | (14,616) | (12,397) |

4.  **Staff costs**

a) Staff costs

|  | 2019 £000 | 2018 £000 |
|---|---|---|
| Wages and salaries | 78,200 | 73,893 |
| Social security | 9,237 | 9,021 |
| Pension | 2,773 | 1,472 |
|  | 90,210 | 84,386 |

Red Bull Technology Limited

# Notes to the financial statements (continued)

at 31 December 2019

4.  Staff costs (continued)

The average monthly number of employees, including directors, during the year was made up as follows:

|  | 2019 | 2018 |
|---|---|---|
|  | No. | No. |
| Design | 342 | 326 |
| Racing and production | 338 | 320 |
| Administration | 186 | 163 |
|  | 866 | 809 |

b) Directors' remuneration

|  | 2019 | 2018 |
|---|---|---|
|  | £000 | £000 |
| Aggregate remuneration in respect of qualifying services | 5,025 | 3,684 |

The amounts in respect of the highest paid director are as follows:

|  | 2019 | 2018 |
|---|---|---|
|  | £000 | £000 |
| Aggregate remuneration | 4,749 | 3,424 |

In 2019 the highest paid director was a member of personal pension plans which received company contributions of £10,000 (2018 – £10,000).

5.  Interest receivable and similar income

|  | 2019 | 2018 |
|---|---|---|
|  | £000 | £000 |
| Bank account interest | 17 | 10 |

Red Bull Technology Limited

# Notes to the financial statements (continued)

at 31 December 2019

6. **Tax**

   (a)    Tax on profit on ordinary activities

   The tax charge is made up as follows:

   |  | 2019 £000 | 2018 £000 |
   |---|---|---|
   | *Current tax:* | | |
   | UK corporation tax at 19.00% (2018 – 19.00%) | 1,114 | 887 |
   | Tax (over) / underprovided in previous years | (8) | 107 |
   | Total current tax | 1,106 | 994 |
   | *Deferred tax:* | | |
   | Origination and reversal of timing differences | – | – |
   | Total deferred tax (note 6 (d)) | 3,398 | (980) |
   | Tax on profit on ordinary activities | 4,504 | 14 |

   (b)    Factors affecting the current tax charge for the year

   The tax assessed on the profit on ordinary activities for the year differs from the standard rate of corporation tax in the UK of 19.00% (2018 – 19.00%). The differences are explained below:

   |  | 2019 £000 | 2018 £000 |
   |---|---|---|
   | Profit before tax on ordinary activities | 12,549 | 10,177 |

   |  | 2019 £000 | 2018 £000 |
   |---|---|---|
   | Profit on ordinary activities multiplied by the standard rate of corporation tax in the UK of 19.00% (2018 – 19.00%) | 2,384 | 1,934 |
   | *Effects of:* | | |
   | Items not deductible for tax | 684 | 748 |
   | Movement in unrecognised deferred tax | 1,136 | (3,005) |
   | Adjustments from previous periods | (8) | 107 |
   | Tax rate changes | 308 | 230 |
   | Total tax expense (note 6(a)) | 4,504 | 14 |

20

Red Bull Technology Limited

# Notes to the financial statements (continued)

at 31 December 2019

6. **Tax (continued)**

(c)   *Factor that may affect future tax charges.*

Finance Act 2016 was enacted on 15 September 2016 and introduced a reduction in the headline rate of corporation tax to 19.00% from 1 April 2017 and to 17.00% from 1 April 2020.

At present, it is not envisaged that any tax will become payable in the foreseeable future.

(d)   **Deferred tax**

Group

The deferred tax included in the statement of financial position is as follows:

|  | 2019 £000 | 2018 £000 |
|---|---|---|
| Tax losses brought forward | 5,309 | 5,033 |
| Owned fixed assets realised through use | (2,578) | 1,195 |
| Revaluation of Investment Property | (115) | (214) |
|  | 2,616 | 6,014 |

| At 1 January 2019 | 6,014 |
|---|---|
| Deferred tax amount recognised | (3,398) |
| At 31 December 2019 | 2,616 |

Deferred tax unrecognised as at 1 January 2019 was £1,136,000. Amounts carried forward as at 31 December 2019 are £Nil.

7. **Profit attributable to members of parent company undertaking**

The profit dealt with in the financial statements of the parent undertaking was £7,426,000 (2018 – profit of £9,241,000).

Red Bull Technology Limited

# Notes to the financial statements (continued)

at 31 December 2019

8.  Tangible fixed assets

| Group | Assets in the course of construction £000 | Motor vehicles £000 | Office and workshop equipment £000 | Land and buildings £000 | Total £000 |
|---|---|---|---|---|---|
| **Cost:** | | | | | |
| At 1 January 2019 | 2,741 | 2,090 | 118,983 | 74,682 | 198,496 |
| Additions | 3,543 | 244 | 10,485 | 2,041 | 16,313 |
| Disposals | - | - | (698) | - | (698) |
| Revaluation | - | - | - | 897 | 897 |
| Transfers | (2,295) | - | 2,234 | 61 | - |
| At 31 December 2019 | 3,989 | 2,334 | 131,004 | 77,681 | 215,008 |
| **Depreciation:** | | | | | |
| At 1 January 2019 | - | 1,172 | 91,004 | 13,372 | 105,548 |
| Provided during the year | - | 214 | 12,341 | 1,366 | 13,921 |
| Disposals | - | - | (698) | - | (698) |
| At 31 December 2019 | - | 1,386 | 102,647 | 14,738 | 118,771 |
| **Net book value:** | | | | | |
| At 31 December 2019 | 3,989 | 948 | 28,357 | 62,943 | 96,237 |
| At 1 January 2019 | 2,741 | 918 | 27,979 | 61,310 | 92,948 |

Red Bull Technology Limited

# Notes to the financial statements (continued)

at 31 December 2019

8.    **Tangible fixed assets (continued)**

The net book value of land and buildings comprises:

|  | Group 2019 £000 | Group 2018 £000 | Company 2019 £000 | Company 2018 £000 |
|---|---|---|---|---|
| Freehold buildings | 61,812 | 61,310 | 54,004 | 53,284 |
| Long leasehold property | 1,130 | - | 1,130 | - |
|  | 62,942 | 61,310 | 55,134 | 53,284 |

Freehold Investment properties at a fair valuation of £13,064,000 (2018 – £15,739,000). The investment properties were valued by an independent valuer who is a member of The Royal Institution of Chartered Surveyors, White Commercial Surveyors Limited, on the basis of fair value in December 2019. The historical cost of investment properties included at valuation was £13,213,000 (2018 – £13,213,000).

The net carrying amount of assets held under new finance leases included in land and buildings is £1,129,630 (2018 - £Nil).

Land to the value of £9,543,634 was not depreciated in the year.

Red Bull Technology Limited

# Notes to the financial statements (continued)

at 31 December 2019

8.  Tangible fixed assets (continued)

| Company | Assets in the course of construction £000 | Motor vehicles £000 | Office and workshop equipment £000 | Land and buildings £000 | Total £000 |
|---|---|---|---|---|---|
| Cost | | | | | |
| At 1 January 2019 | 2,741 | 428 | 112,056 | 59,440 | 174,665 |
| Additions | 3,543 | – | 10,297 | 2,041 | 15,881 |
| Disposals | – | – | (635) | – | (635) |
| Revaluation | – | – | – | 897 | 897 |
| Transfers | (2,295) | – | 2,234 | 61 | – |
| At 31 December 2019 | 3,989 | 428 | 123,952 | 62,439 | 190,808 |
| Depreciation: | | | | | |
| At 1 January 2019 | – | 423 | 84,932 | 6,156 | 91,511 |
| Provided during the year | – | 2 | 11,778 | 1,149 | 12,929 |
| Disposals | – | – | (634) | – | (634) |
| At 31 December 2019 | – | 425 | 96,076 | 7,305 | 103,806 |
| Net book value: | | | | | |
| At 31 December 2019 | 3,989 | 3 | 27,876 | 55,134 | 87,002 |
| At 1 January 2019 | 2,741 | 5 | 27,124 | 53,284 | 83,154 |

The critical assumptions made relating to the valuations of investment properties are set out below:

| | 2019 | 2018 |
|---|---|---|
| Yields | 6.6% | 4.5% |
| | Group £000 | Group £000 |
| Fair Value: | | |
| At 1 January 2019 | 15,739 | 15,437 |
| Gain on valuation | 897 | 302 |
| Reclassification | (3,572) | – |
| At 31 December 2019 | 13,064 | 15,739 |

24

Red Bull Technology Limited

# Notes to the financial statements (continued)

'at 31 December 2019

9.  **Investments**

| Company | 2019 | 2018 |
|---|---|---|
| | £000 | £000 |
| Cost: | | |
| At 1 January 2019 and 31 December 2019 | 135 | 135 |

Details of the investments in which (the group and) the parent undertaking (unless indicated) holds 20% or more of the nominal value of any class of share capital are as follows:

| Name of company | Country of Incorporation | Proportion of voting rights and shares held | Nature of business |
|---|---|---|---|
| Subsidiary undertaking | | | |
| Red Bull Racing Limited | United Kingdom | 100% | Formula One Motor Racing Team |

10. **Stocks**

| | Group 2019 £000 | Group 2018 £000 | Company 2019 £000 | Company 2018 £000 |
|---|---|---|---|---|
| Raw materials, consumables and racing spares | 3,306 | 1,942 | 2,986 | 1,942 |
| Work in progress | 12,066 | 11,864 | 12,066 | 11,864 |
| | 15,372 | 13,806 | 15,052 | 13,806 |

The difference between purchase price of work in progress and its replacement cost is not material.

Red Bull Technology Limited

# Notes to the financial statements (continued)

at 31 December 2019

## 11. Debtors

| | Group 2019 £000 | Group 2018 £000 | Company 2019 £000 | Company 2018 £000 |
|---|---|---|---|---|
| Trade debtors | 30,999 | 20,259 | 6,200 | 8,795 |
| Amounts owed by group undertakings | 243 | 207 | 15,296 | 13,127 |
| Deferred tax asset (Note 6) | 2,616 | 6,013 | 2,616 | 6,013 |
| Other debtors | 961 | 1,643 | 5 | 1,643 |
| Other taxes | 14,861 | 13,248 | 14,861 | 11,890 |
| Prepayments and accrued income | 21,403 | 16,468 | 7,288 | 4,843 |
| | 71,083 | 57,838 | 46,266 | 46,311 |

## 12. Creditors: amounts falling due within one year

| | Group 2019 £000 | Group 2018 £000 | Company 2019 £000 | Company 2018 £000 |
|---|---|---|---|---|
| Trade creditors | 13,304 | 10,727 | 11,173 | 8,093 |
| Amounts owed to group undertakings | 63,533 | 69,163 | 63,533 | 69,163 |
| Other taxes and social security | 5,117 | 2,846 | 2,389 | 2,368 |
| Other creditors | 95 | 50 | (15) | 4 |
| Accruals and deferred income | 52,217 | 41,312 | 26,589 | 26,328 |
| | 134,266 | 124,098 | 103,669 | 105,956 |

No dividends were paid or settled via intercompany (2018 – £NIL). Intercompany balances are interest-free and payable if called upon.

Red Bull Technology Limited

# Notes to the financial statements (continued)

at 31 December 2019

## 13. Obligations under leases and hire purchase contracts

**Operating lease agreements as lessor**
The group holds investment properties, as disclosed in note 8, which are let to third parties. At 31 December 2019 the group and company had annual receipts from non-cancellable operating leases as set out below.

*Group*

|  | 2019 £000 | 2018 £000 |
|---|---|---|
| Not later than one year | 904 | 1,215 |
| After one year but not more than five years | 2,438 | 3,733 |
| Beyond five years | 558 | 693 |

Lease income recognised by the group in the period was £905,000 (2018 - £1,099,000)

*Company*

|  | 2019 £000 | 2018 £000 |
|---|---|---|
| Not later than one year | 572 | 882 |
| After one year but not more than five years | 1,634 | 2,597 |
| Beyond five years | 558 | 693 |

Lease income recognised by the company in the period was £572,000 (2018 - £883,000)

## 14. Allotted and Issued share capital

| *Group and company* *Allotted, called up and fully paid* | No. | 2019 £000 | No. | 2018 £000 |
|---|---|---|---|---|
| Ordinary shares of US$1 each | 5,000,000 | 2,704 | 5,000,000 | 2,704 |

Red Bull Technology Limited

# Notes to the financial statements (continued)

at 31 December 2019

## 15. Notes to the statement of cash flows

Reconciliation of profit to net cash inflow from operating activities

|  | 2019 £000 | 2018 £000 |
|---|---|---|
| Group profit before tax and interest | 12,532 | 10,167 |
| Adjustments to reconcile profit for the year to net cash flow from operating activities |  |  |
| Gain on valuation of investment properties | (897) | (302) |
| Depreciation and impairment of tangible fixed assets | 13,921 | 13,068 |
| Gain loss on disposal of tangible fixed assets | (59) | (50) |
| Foreign exchange loss / (gain) | 19 | (64) |
| Decrease / (increase) in debtors | (13,245) | (12,471) |
| Increase in stocks | (1,566) | (8,336) |
| (Decrease) / increase in creditors | 10,168 | 14,424 |
| Taxation | (4,504) | (14) |
| Net cash inflow from operating activities | 16,369 | 16,422 |

## 16. Capital commitments

|  | Group 2019 £000 | Group 2018 £000 | Company 2019 £000 | Company 2018 £000 |
|---|---|---|---|---|
| Contracts placed for future capital expenditure not provided for in the financial statements | 912 | 515 | 581 | 474 |

Amounts contracted for but not provided in the financial statements amounted to £912,000 for the group and £581,000 for the company (2018 – £515,000 and £474,000 respectively).

Red Bull Technology Limited

# Notes to the financial statements (continued)

at 31 December 2019

17. Related party transactions

During the year the group entered into transactions, in the ordinary course of business, with other related parties. Trading balances outstanding at 31 December 2019 are as follows:

| Amounts owed from/(to) related party | 2019 | 2018 |
|---|---|---|
| | £000 | £000 |
| Parent undertaking | (63,086) | (68,799) |
| Fellow subsidiaries | (205) | (157) |

*Key management personnel*

All directors and certain senior employees who have authority and responsibility for planning, directing and controlling the activities of the Group are considered to be key management personnel. Total remuneration is respect of these individuals is £5,025,000 (2018 – £3,684,000).

18. Ultimate parent undertaking and controlling party

In the opinion of the directors, the ultimate parent undertaking and controlling party for which group financial statements are drawn up and of which the company is a member is Red Bull GmbH, a company incorporated in Austria.