IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENS H. S. NYGAARD,<br><br>       Plaintiff,<br><br>   v.<br><br>FÉDÉRATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., FORMULA ONE WORLD CHAMPIONSHIP, MERCEDES-BENZ GRAND PRIX LTD., DAIMLER AG, LEWIS HAMILTON, RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., FERRARI S.P.A., CHARLES LECLERC, AND DALLARA AUTOMOBILI S.P.A,<br><br>       Defendants. | Case No. 6:20-cv-00234-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO FILE ITS FOURTH AMENDED AND FIRST SUPPLEMENTAL COMPLAINT FOR PATENT INFRINGEMENT**

Considering the Plaintiff Jens H.S. Nygaard's Unopposed Motion to file its Fourth Amended and First Supplemental Complaint for Patent Infringement.

The Court finds the Motion should be and IT IS HEREBY GRANTED.

SIGNED on this _____ day of March, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE