IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **JENS H.S. NYGAARD,**<br>    *Plaintiff*<br><br>-vs-<br><br>**FEDERATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., DELTA TOPCO LTD., RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., SCUDERIA FERRARI S.P.A., DALLARA AUTOMOBILI S.P.A., FORMULA ONE WORLD CHAMPIONSHIP LTD.,**<br>    *Defendants* | § § § § § § § § § § § § § § § § § | 6:20-CV-00234-ADA |

## ORDER OF DISMISSAL

It is **ORDERED** that Defendant Scuderia Ferrari S.p.A. is retroactively dismissed without prejudice as of February 18, 2021. Plaintiff's confirmed to the Court that the Court's prior Order, Dkt. 182, should have included Scuderia Ferrari S.p.A.

SIGNED this 10th day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE