IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENS H.S. NYGAARD<br><br>   Plaintiff,<br><br> v.<br><br>FÉDÉRATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., FORMULA ONE WORLD CHAMPIONSHIP, MERCEDES-BENZ GRAND PRIX LTD., DAIMLER AG, LEWIS HAMILTON, RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., FERRARI S.P.A., CHARLES LECLERC, AND DALLARA AUTOMOBILI S.P.A.<br><br>   Defendants. | Case No. 6:20-cv-00234-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT REPORT REGARDING
## NARROWING OF ASSERTED CLAIMS AND PRIOR ART

Pursuant to the Court's Order Governing Proceedings (Dkt. No. 110), the parties met and conferred on and following March 7, 2022 regarding case narrowing, and respectfully submit the following report:

Plaintiff asserts three claims (1, 2, and 4). Defendants requested that Plaintiff drop one of claims 1 or 4 as redundant and other aspects of its claims, including its doctrine of equivalents theory and Section 271(f) claims. Plaintiff, however, stated that it intends to present all three claims at trial and declined to narrow any of its theories. Claims 1 and 4 cover legally distinct use cases but otherwise have generally similar limitations, and thus Plaintiff expects to present substantially identical proofs for these claims at trial as it has in its expert reports.

Defendants' invalidity expert report presented 12 prior art references in 31 unique grounds (i.e., references or combinations of references).  During the meet and confer process Defendants agreed to narrow their invalidity case to a maximum of 13 unique grounds, but Defendants have not yet finalized the specific grounds they will carry forward.  Defendants will file a supplemental status report no later than March 25, 2022 identifying the narrowed set of grounds.

Dated:  March 14, 2022

Respectfully submitted,

*/s/ Danielle J. Healey*
Danielle J. Healey
Attorney in Charge
Texas Bar No. 09327980
healey@fr.com
Brian Strand
Texas Bar No. 24081166
strand@fr.com
**FISH & RICHARDSON P.C.**
1221 McKinney Street, Suite 2800
Houston, Texas 77010
Telephone: (713) 654-5300
Facsimile: (713) 652-0109

Tommy Jacks
Texas Bar No. 10452000
jacks@fr.com
**FISH & RICHARDSON P.C.**
111 Congress Avenue, Suite 810
Austin, Texas 78701
Telephone: (512) 472-5070
Facsimile: (512) 320-8935

Ahmed J. Davis (admitted *pro hac vice*)
Washington D.C. Bar No. 472321
adavis@fr.com
**FISH & RICHARDSON P.C.**
1000 Maine Ave SW
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

*/s/ Claudia Wilson Frost*
Claudia Wilson Frost
State Bar No. 21671300
Jeffrey L. Johnson
State Bar No. 24029638
Ryan C. Wooten
State Bar No. 24075308
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
609 Main, 40th Floor
Houston, TX 77002
Telephone: 713.658.6400
Facsimile: 713.658.6401
cfrost@orrick.com
jj@orrick.com
rwooten@orrick.com

Travis Jensen
CA Bar No. 259925
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Rd.
Menlo Park, CA 94025
Telephone: 650.614.7400
Facsimile: 650.614.7401
tjensen@orrick.com

**ATTORNEYS FOR DEFENDANT FÉDÉRATION INTERNATIONALE DE L'AUTOMOBILE**

*/s/ Douglas M. Kubehl*
Douglas M. Kubehl
State Bar Number 00796909

**COUNSEL FOR PLAINTIFF JENS H.S. NYGAARD**

doug.kubehl@bakerbotts.com
Harrison Rich (admitted *pro hac vice*)
State Bar Number 24083730
harrison.rich@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Telephone: (214) 953-6816
Facsimile: (214) 661-4816

**ATTORNEYS FOR DEFENDANTS FORMULA ONE MANAGEMENT LIMITED AND FORMULA ONE WORLD CHAMPIONSHIP LIMITED**

*/s/ Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

Edgar H. Haug (admitted *pro hac vice*)
Mark A. Chapman (admitted *pro hac vice*)
Roman Khasidov (admitted *pro hac vice*)
**HAUG PARTNERS LLP**
745 Fifth Avenue, 10th Floor
New York, New York 10151
Telephone: (212) 588-0800
Facsimile: (212) 588-0500

**ATTORNEYS FOR RED BULL RACING LTD. AND RED BULL TECHNOLOGY LTD.**

## **CERTIFICATE OF SERVICE**

I certify that a correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF filing system on the 14th day of March, 2022, who will in turn provide notification of same to all counsel of record.

*/s/ Danielle J. Healey*
Danielle J. Healey