IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JENS H.S. NYGAARD,, <br> *Plaintiff,* <br><br> v. <br><br> FEDERATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., DELTA TOPCO LTD., RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., DALLARA AUTOMOBILI S.P.A., FORMULA ONE WORLD CHAMPIONSHIP LTD., <br> *Defendants.* | § § § § § § § § § § § § § § § | Civil Action 6:20-cv-00234-ADA |

## SCHEDULING ORDER

Due to intervening scheduling conflicts, the Court hereby VACATES the trial date and pretrial conference date. The parties are ORDERED to meet and confer on a new trial date. The parties may contact the court's clerk for scheduling assistance.

SIGNED this 18th day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE