IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENS H.S. NYGAARD, § § Plaintiff, § § v. § § FÉDÉRATION INTERNATIONALE DE § L'AUTOMOBILE, FORMULA ONE § MANAGEMENT LTD., FORMULA ONE § WORLD CHAMPIONSHIP LTD., § MERCEDES-BENZ GRAND PRIX LTD., § DAIMLER AG, LEWIS HAMILTON, RED § BULL TECHNOLOGY LTD., RED BULL § RACING LTD., FERRARI S.P.A., § CHARLES LECLERC, and DALLARA § AUTOMOBILI S.P.A., § § Defendants. § | Case No. 6:20-cv-00234-ADA |

## DEFENDANTS' SUPPLEMENTAL REPORT REGARDING NARROWING OF PRIOR ART

Pursuant to the Court's Order Governing Proceedings (Dkt. No. 110) and in accordance with the parties' Joint Report Regarding Narrowing of Asserted Claims and Prior Art (Dkt. No. 286), the Defendants respectfully submit the following supplemental report.

Defendants elect to pursue the following thirteen grounds:

1. De Ruffi

2. De Ruffi and Daimler '122

3. De Ruffi and Nygaard '906

4. Nygaard '906 and De Ruffi

5. Nygaard '906 and What Car

6. Nygaard '906 and Haslegrave

7. Basile

8. Basile and the knowledge of a POSITA

9. Basile and De Ruffi

10. Basile and Haslegrave

11. Henricks and the knowledge of a POSITA

12. Henricks and De Ruffi

13. Henricks and Haslegrave

Dated:  March 25, 2022                                    Respectfully submitted,

/s/Jeffrey Johnson
Claudia Wilson Frost
State Bar No. 21671300
Jeffrey L. Johnson
State Bar No. 24029638
Ryan C. Wooten
State Bar No. 24075308
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
609 Main, 40th Floor
Houston, TX 77002
Telephone:  713.658.6400
Facsimile:  713.658.6401
cfrost@orrick.com
jj@orrick.com
rwooten@orrick.com

Travis Jensen
CA Bar No. 259925
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Rd.
Menlo Park, CA 94025
Telephone:  650.614.7400
Facsimile:  650.614.7401
tjensen@orrick.com

**ATTORNEYS FOR DEFENDANT FÉDÉRATION INTERNATIONALE DE L'AUTOMOBILE**

/s/ Harrison Rich

2

Douglas M. Kubehl
State Bar Number 00796909
doug.kubehl@bakerbotts.com
Harrison Rich *pro hac vice*
State Bar Number 24083730
harrison.rich@bakerbotts.com
**BAKER BOTTS L.L.P.**
2001 Ross Avenue, Suite 900
Dallas, TX  75201
Telephone:  (214) 953-6816
Facsimile:  (214) 661-4816

**ATTORNEYS FOR DEFENDANTS FORMULA ONE MANAGEMENT LIMITED AND FORMULA ONE WORLD CHAMPIONSHIP LIMITED**

*/s/ Mark Chapman*
Deron R. Dacus
State Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone:  (903) 705-1117
Fax:  (903) 581-2543
ddacus@dacusfirm.com

Edgar H. Haug (*pro hac vice*)
Mark A. Chapman (*pro hac vice*)
Roman Khasidov (*pro hac vice*)
**HAUG PARTNERS LLP**
745 Fifth Avenue, 10th Floor
New York, New York 10151
Telephone:  (212) 588-0800
Facsimile:  (212) 588-0500

**ATTORNEYS FOR RED BULL RACING LTD. AND RED BULL TECHNOLOGY LTD.**

3

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on March 25, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system.

                                                */s/ David Medina*
                                                David Medina