IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENS H.S. NYGAARD,<br><br>      Plaintiff,<br><br>      v.<br><br>FÉDÉRATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., FORMULA ONE WORLD CHAMPIONSHIP, MERCEDES-BENZ GRAND PRIX LTD., DAIMLER AG, LEWIS HAMILTON, RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., FERRARI S.P.A., CHARLES LECLERC, and DALLARA AUTOMOBILI S.P.A.,<br><br>      Defendants. | Case No. 6:20-cv-00234-ADA<br><br>JURY TRIAL REQUESTED |

## **STIPULATION AND ORDER**

Plaintiff Jens Nygaard ("Plaintiff") and defendants Red Bull Technology Ltd. and Red Bull Racing Ltd. (collectively "Red Bull") hereby agree and stipulate, and the Court HEREBY ORDERS, as follows:

1. All of Nygaard's claims against Red Bull and all of Red Bull's defenses to Nygaard's claims are severed for a separate pre-trial conference and a separate trial from all of Nygaard's claims against defendants Fédération Internationale de l'Automobile ("FIA"), Formula One Management Ltd. and Formula One World Championship (collectively "F1") and all of FIA's and F1's defenses to Nygaard's claims.

2. The separate pre-trial conference and trial between Nygaard and Red Bull will occur after a final judgment or dismissal is filed that resolves all of Nygaard's claims against FIA and F1 after the separate trial among Nygaard and FIA and F1.

3.  Nygaard and Red Bull will agree upon a separate schedule for the exchange and submission of pre-trial disclosures, motions *in limine*, and their pre-trial order in advance of the separate pre-trial conference for the separate trial between Nygaard and Red Bull.

4.  Red Bull will not be bound or precluded by any **"FIA/F1 Findings"** defined as: any rulings, orders, opinions, decisions, conclusions, findings, verdicts and judgments by the Court or the jury, and any arguments, statements, admissions and/or stipulations by Nygaard, FIA and/or F1, regarding any of Nygaard's claims against FIA and/or F1 or any of FIA and/or F1's defenses to Nygaard's claims, whether made before, during or after the separate pre-trial conference or the separate trial among Nygaard and FIA and F1.  By way of example only, Red Bull will not be bound or precluded by any **FIA/F1 Finding** that the accused Halo infringed any asserted claim of the '178 patent, that any Formula One team including Red Bull Racing infringed any asserted claim of the '178 patent, that any asserted claim of the '178 patent is not invalid, or that Nygaard should recover damages from FIA or F1 for any infringement.

5.  Paragraph 4 above shall not apply to any **FIA/F1 Finding** for which Red Bull participated in the submissions to the Court that led to the **FIA/F1 Finding** by, for example, joining a joint motion or joint opposition filed by Red Bull, FIA and F1.

6.  This stipulation and order shall have no effect on whether and, if so, to what extent Nygaard will or will not be bound or precluded by any **FIA/F1 Findings**, which will instead be determined in accordance with any applicable preclusion doctrines, including for example law of the case, issue preclusion, collateral estoppel, claim preclusion, res judicata, and judicial estoppel.

SO ORDERED, this ____ day of April, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

Dated: April 18, 2022                          Respectfully submitted,

By:     */s/ Daron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

*/s/ Edgar H. Haug*
Edgar H. Haug (pro hac vice)
Mark A. Chapman (pro hac vice)
Jason Kanter (pro hac vice)
Roman Khasidov (pro hac vice)
HAUG PARTNERS LLP
745 Fifth Avenue, 10th Floor
New York, New York 10151
Phone: (212) 588-0800
Fax: (212) 588-0500

*Counsel for Defendants Red Bull Racing Ltd. and Red Bull Technology Ltd.*

By: */s/ Danielle J. Healey*
    **Danielle J. Healey**
    Attorney in Charge
    Texas Bar No. 09327980
    healey@fr.com
    **Brian G. Strand**
    Texas Bar No. 24081166
    strand@fr.com
    **Bailey Benedict**
    Texas Bar No. 24083139
    benedict@fr.com
    **Jacqueline T. Moran** (*pro hac vice*)
    Texas Bar No. 24121740
    jtmoran@fr.com
    **FISH & RICHARDSON P.C.**
    1221 McKinney Street, Suite 2800
    Houston, Texas 77010
    Telephone: (713) 654-5300
    Facsimile: (713) 652-0109

    **Tommy Jacks**
    Texas Bar No. 10452000
    jacks@fr.com
    **FISH & RICHARDSON P.C.**
    111 Congress Avenue, Suite 810
    Austin, Texas 78701
    Telephone: (512) 472-5070
    Facsimile: (512) 320-8935

    **Ahmed J. Davis** (*pro hac vice*)
    Washington D.C. Bar No. 472321
    adavis@fr.com
    **FISH & RICHARDSON P.C.**
    1000 Maine Ave SW
    Washington, D.C. 20024
    Telephone: (202) 783-5070
    Facsimile: (202) 783-2331