IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JENS H.S. NYGAARD, | § § | |
| Plaintiff, | § § | Case No. 6:20-cv-00234-ADA |
| v. | § § | JURY TRIAL DEMANDED |
| FÉDÉRATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., FORMULA ONE WORLD CHAMPIONSHIP LTD., MERCEDES-BENZ GRAND PRIX LTD., DAIMLER AG, LEWIS HAMILTON, RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., FERRARI S.P.A., CHARLES LECLERC, and DALLARA AUTOMOBILI S.P.A., | § § § § § § § § § § § | |
| Defendants. | § § | |

# ORDER

Before this Court is the Joint Motion for Entry of Scheduling Order. Finding the motion to be unopposed, and useful for the orderly management of these deadlines, the parties' joint motion is GRANTED.

IT IS HEREBY ORDERED that the current Agreed Amended Scheduling Order (ECF No. 258), which was entered by the Court on December 2, 2021, is amended as follows:

| Deadline | New Deadline | Item |
|---|---|---|
| December 8, 2021 | December 14, 2021 | Opening Liability Expert Reports.[1] |
| N/A | December 24, 2021 | Opening Damages Expert Reports. |
| January 14, 2022 | February 7, 2022 | Rebuttal Liability Expert Reports. |
| January 10, 2022 | February 7, 2022 | Plaintiff's Response in Opposition to Defendants' Partial Motion for Summary Judgment of Non-Infringement on Claim 2. |
| N/A | February 11, 2022 | Rebuttal Damages Expert Reports. |
| January 21, 2022 | February 18, 2022 | Deadline for the second of two meet and confer to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet and confer. |
|  | February 21, 2022 | Defendants' Reply Brief in Support of MSJ on Claim 2. |
| January 28, 2022 | February 25, 2022 | Close of Expert Discovery. |
| February 4, 2022 | April 22, 2022 | Dispositive motion deadline and *Daubert* motion deadline. |
|  | May 26, 2022 | Daubert Responses Due. |
|  | June 3, 2022 | Dispositive Motion Responses (MSJ) Due. |
|  | June 17, 2022 | Daubert Replies Due. |
|  | July 1, 2022 | Dispositive Motion (MSJs) Replies Due. |

---

[1] For the avoidance of doubt, draft expert reports are exempt from discovery and include any notes, drafts, or other materials created by or for an expert other than evidence or recitation of facts for use in the expert's report or on which the expert relies in forming her opinion, pursuant to FRCP 26(b)(4).

| Deadline | New Deadline | Item |
|---|---|---|
| February 9, 2022 | July 15, 2022[2] | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| February 15, 2022 | July 29, 2022 | Serve objections to pretrial disclosures/rebuttal disclosures. |
|  | August 5, 2022 | Parties to jointly email the Court's law clerk to confirm their Pre-Trial conference and trial dates. |
| February 18, 2022 | August 12, 2022 | Serve objections to rebuttal disclosures and **File** Motions *in limine*. |
|  | August 18, 202 | In-person hearing on all pending motions. |
| February 25, 2022 | August 19, 2022 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |
| March 4, 2022 | August 26, 2022 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com. |
|  | August 26, 2022 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |

---

[2] This deadline and all the subsequent deadlines below apply only to plaintiff Nygaard and the FIA and F1 defendants with respect to the separate pre-trial conference and trial between Nygaard and the FIA and F1 defendants. This deadline and all the subsequent deadlines below do not apply to plaintiff Nygaard and the Red Bull defendants with respect to the separate pre-trial conference and trial between Nygaard and the Red Bull defendants. As stated in the Court's Order entering the Stipulation between Nygaard and the Red Bull defendants (Dkt. 299), Nygaard's claims against the Red Bull defendants and the Red Bull defendants' defenses to Nygaard's claims have been severed for a separate pre-trial conference and trial, and Nygaard and the Red Bull defendants will agree upon a separate schedule for the exchange and submission of pre-trial disclosures, motions *in limine*, and their pre-trial order in advance of the separate pre-trial conference for the separate trial between Nygaard and the Red Bull defendants.

3

| Deadline | New Deadline | Item |
|---|---|---|
| March 18, 2022 | September 1, 2022 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| 49 weeks after *Markman* hearing (or as soon as practicable) [March 18, 2022] | September 16, 2022 at 1:30 pm | Final Pretrial Conference. |
|  | October 6, 2022 | Jury Selection by Judge Gilliland. |
| 52 weeks after *Markman* hearing (or as soon as practicable)[3] [March 31, 2022 jury selection/April 4, 2022 trial] | October 7-14, 2022 | Trial. |

SIGNED this 9th day of May, 2022.

_____
The Honorable Alan D. Albright

---

[3] If the actual trial date materially differs from the Court's default schedule, the Court will consider reasonable amendments to the case schedule post-*Markman* that are consistent with the Court's default deadlines in light of the actual trial date.