IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENS H.S. NYGAARD,<br><br>        Plaintiff,<br><br>    v.<br><br>FÉDÉRATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., FORMULA ONE WORLD CHAMPIONSHIP, MERCEDES-BENZ GRAND PRIX LTD., DAIMLER AG, LEWIS HAMILTON, RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., FERRARI S.P.A., CHARLES LECLERC, and DALLARA AUTOMOBILI S.P.A.,<br><br>        Defendants. | Case No. 6:20-cv-00234-ADA<br><br>JURY TRIAL REQUESTED |

## NOTICE OF AGREED EXTENSIONS TO BRIEFING SCHEDULE

Pursuant to this Court's Standing Order Regarding Joint or Unopposed Request to Change Deadlines entered on March 7, 2022, Plaintiff Jens H.S. Nygaard and Defendants Fédération Internationale de l'Automobile, Formula One Management Limited, Formula One World Championship Limited, Red Bull Technology Ltd., and Red Bull Racing Ltd. (hereafter referred to as "the Parties") hereby notify the Court that the Parties have agreed to extend the following dates related to briefing deadlines for dispositive motions and *Daubert* motions, as set forth in the Amended Scheduling Order (Dkt. 354), as follows:

| Item | Original Deadline | Agreed Amended Deadline |
|---|---|---|
| Dispositive Motion Responses Due | June 3, 2022 | June 10, 2022 |
| Daubert Replies Due | June 17, 2022 | June 21, 2022 |
| Dispositive Motion Replies Due | July 1, 2022 | July 15, 2022 |

The requested changes do not change the date for any hearing or trial, and do not affect the Court's ability to hold any scheduled hearing or trial, as all deadlines remain more than one month before the scheduled August 18, 2022 motions hearing.

Dated: May 31, 2022                                  Respectfully submitted,

                                        By:   /s/ Bailey K. Benedict
                                              Danielle J. Healey
                                              Attorney in Charge
                                              Texas Bar No. 09327980
                                              healey@fr.com
                                              Brian G. Strand
                                              Texas Bar No. 24081166
                                              strand@fr.com
                                              Bailey Benedict
                                              Texas Bar No. 24083139
                                              benedict@fr.com
                                              Jacqueline T. Moran (*pro hac vice*)
                                              Texas Bar No. 24121740
                                              jtmoran@fr.com
                                              FISH & RICHARDSON P.C.
                                              1221 McKinney Street, Suite 2800
                                              Houston, Texas 77010
                                              Telephone: (713) 654-5300
                                              Facsimile: (713) 652-0109

                                              Tommy Jacks
                                              Texas Bar No. 10452000
                                              jacks@fr.com
                                              FISH & RICHARDSON P.C.
                                              111 Congress Avenue, Suite 810
                                              Austin, Texas 78701
                                              Telephone: (512) 472-5070
                                              Facsimile: (512) 320-8935

                                              Ahmed J. Davis (*pro hac vice*)
                                              Washington D.C. Bar No. 472321
                                              adavis@fr.com
                                              Julianne Campbell (*pro hac vice*)
                                              Washington D.C. Bar No. 1766159
                                              jcampbell@fr.com
                                              FISH & RICHARDSON P.C.
                                              1000 Maine Ave SW

Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Nicholas Gallo (*pro hac vice*)
Georgia Bar No. 546590
gallo@fr.com
FISH & RICHARDSON P.C.
1180 Peachtree Street NE, 21st Floor
Atlanta, Georgia 30309
Telephone: (404) 892-5005
Facsimile: (404) 892-5002

***Counsel for Plaintiff Jens H.S. Nygaard***


*/s/ Jeffrey L. Johnson*
Claudia Wilson Frost
State Bar No. 21671300
Jeffrey L. Johnson
State Bar No. 24029638
Ryan C. Wooten
State Bar No. 24075308
ORRICK, HERRINGTON & SUTCLIFFE LLP
609 Main, 40th Floor
Houston, TX 77002
Telephone: 713.658.6400
Facsimile: 713.658.6401
cfrost@orrick.com
jj@orrick.com
rwooten@orrick.com

Travis Jensen
CA Bar No. 259925
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Rd.
Menlo Park, CA 94025
Telephone: 650.614.7400
Facsimile: 650.614.7401
tjensen@orrick.com

Jeffrey T. Quilici
State Bar No. 24083696
ORRICK, HERRINGTON & SUTCLIFFE LLP

3

300 W. 6th Street, Suite 1850
Austin, TX 78701
Telephone:  512.582.6916
Facsimile:  512.582.6949
jquilici@orrick.com

*Counsel for Defendant Fédération Internationale de l'Automobile*


*/s/ Harrison Rich*
Douglas M. Kubehl
State Bar Number 00796909
doug.kubehl@bakerbotts.com
Harrison Rich pro hac vice
State Bar Number 24083730
harrison.rich@bakerbotts.com
Bethany R. Salpietra
Facsimile: (214) 661-4816
State Bar Number 24097699
bethany.salpietra@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 900
Dallas, TX 75201
Telephone: (214) 953-6816

Richard B. Harper pro hac vice
State Bar Number 4596615 (NY)
Richard.harper@bakerbotts.com
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone: (212) 408-2500
Facsimile: (212) 408-2501

*Counsel For Defendants Formula One Management Limited and Formula One World Championship Limited*


*/s/ Mark A. Chapman*
Deron R. Dacus
State Bar No. 00790553
THE DACUS FIRM, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117

4

Fax: (903) 581-2543
ddacus@dacusfirm.com

Edgar H. Haug (pro hac vice)
Mark A. Chapman (pro hac vice)
Jason Kanter (pro hac vice)
Roman Khasidov (pro hac vice)
HAUG PARTNERS LLP
745 Fifth Avenue, 10th Floor
New York, New York 10151
Phone: (212) 588-0800
Fax: (212) 588-0500

***Counsel for Defendants Red Bull Racing Ltd. and Red Bull Technology Ltd.***

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above document was served on all counsel of record through the Court's CM/ECF system on May 31, 2022.

                      */s/ Bailey K. Benedict*
                      Bailey K. Benedict