IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENS H.S. NYGAARD,<br><br>    Plaintiff,<br><br>   v.<br><br>FÉDÉRATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., FORMULA ONE WORLD CHAMPIONSHIP, MERCEDES-BENZ GRAND PRIX LTD., DAIMLER AG, LEWIS HAMILTON, RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., FERRARI S.P.A., CHARLES LECLERC, and DALLARA AUTOMOBILI S.P.A.,<br><br>    Defendants. | Case No. 6:20-cv-00234-ADA |

### NOTICE OF WITHDRAWAL OF OPPOSED MOTION OF THE RED BULL DEFENDANTS TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S DAMAGES EXPERT JEFFREY STEC

Pursuant to the Court's Order (Dkt. 371) that entered the Stipulation (Dkt. 361) between Plaintiff Jens Nygaard ("Nygaard" or "Plaintiff") and Defendants Red Bull Racing Ltd. and Red Bull Technology Ltd. (collectively "Red Bull"), Red Bull hereby withdraws its Opposed Motion to Exclude the Testimony of Plaintiff's Damages Expert Jeffery Stec (Dkt. 308).

Dated: June 3, 2022

Respectfully submitted,

By:    /s/ *Deron R. Dacus*
      Deron R. Dacus
      State Bar No. 00790553
      THE DACUS FIRM, P.C.
      821 ESE Loop 323, Suite 430
      Tyler, TX 75701
      Phone: (903) 705-1117
      Fax: (903) 581-2543
      ddacus@dacusfirm.com

2

By:   /s/ *Mark A. Chapman*
Edgar H. Haug (pro hac vice)
Mark A. Chapman (pro hac vice)
Jason Kanter (pro hac vice)
Roman Khasidov (pro hac vice)
HAUG PARTNERS LLP
745 Fifth Avenue, 10th Floor
New York, New York 10151
Phone: (212) 588-0800
Fax: (212) 588-0500

*Counsel for Defendants Red Bull Racing Ltd. and Red Bull Technology Ltd.*

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF System on June 3, 2022.

                                                */s/ Mark A. Chapman*
                                                Mark A. Chapman