IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENS H.S. NYGAARD,<br><br>    Plaintiff,<br><br>v.<br><br>FÉDÉRATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., FORMULA ONE WORLD CHAMPIONSHIP LTD., MERCEDES-BENZ GRAND PRIX LTD., DAIMLER AG, RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., FERRARI S.P.A., AND DALLARA AUTOMOBILI S.P.A.,<br><br>    Defendants. | Case No. 6:20-cv-00234-ADA<br><br>JURY TRIAL DEMANDED |

## **SCHEDULING ORDER**

It is hereby **ORDERED** that, in view of the stay as to the FIA and the Formula One Defendants, the Plaintiff shall meet and confer with all other remaining defendants, if any, and file a motion to enter a new scheduling order no later than 21 days from the date of this Order.

SIGNED this 22nd day of September, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE