IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENS H.S. NYGAARD,<br><br>    Plaintiff,<br><br>  v.<br><br>FÉDÉRATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., FORMULA ONE WORLD CHAMPIONSHIP LTD., MERCEDES-BENZ GRAND PRIX LTD., DAIMLER AG, RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., FERRARI S.P.A., AND DALLARA AUTOMOBILI S.P.A.,<br><br>    Defendants. | Case No. 6:20-cv-00234-ADA<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING JOINT MOTION
TO EXTEND STAY OF ALL CASE DEADLINES TO FINALIZE SETTLEMENT**

The Court having considered Plaintiff Jens Nygaard, and the FIA and the Formula One Defendants' Joint Motion to Extend Stay of All Case Deadlines to Finalize Settlement, and good cause having been shown, the Court is of the opinion that the Motion should be granted. Accordingly, it is hereby **ORDERED** that the motion is **GRANTED**. All case-related deadlines, hearings, and other scheduled matters be and are **STAYED** through November 10, 2022. The parties shall file all necessary dismissal documents on or before November 10, 2022.

SIGNED this 6th day of October, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE