IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENS H.S. NYGAARD,<br><br>    Plaintiff,<br><br>v.<br><br>FÉDÉRATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., FORMULA ONE WORLD CHAMPIONSHIP LTD., MERCEDES-BENZ GRAND PRIX LTD., DAIMLER AG, RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., FERRARI S.P.A., AND DALLARA AUTOMOBILI S.P.A.,<br><br>    Defendants. | Case No. 6:20-cv-00234-ADA |

## AGREED ORDER OF DISMISSAL

The Court has before it the Agreed Motion of Dismissal. The Court is of the opinion that the motion should be **GRANTED**.

It is therefore **ORDERED** that in the above-entitled cause, all claims made by Plaintiff Jens H.S. Nygaard against Defendants Fédération Internationale de l'Automobile, Formula One Management Limited, and Formula One World Championship Limited are hereby dismissed **WITH PREJUDICE** and all counterclaims made by Defendants Fédération Internationale de l'Automobile, Formula One Management Limited, or Formula One World Championship Limited against Plaintiff Jens H.S. Nygaard are hereby dismissed **WITHOUT PREJUDICE**. It is further **ORDERED** that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

SIGNED this 28th day of October, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE