IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JENS H.S. NYGAARD,<br><br>      Plaintiff,<br><br>  v.<br><br>FÉDÉRATION INTERNATIONALE DE L'AUTOMOBILE, FORMULA ONE MANAGEMENT LTD., FORMULA ONE WORLD CHAMPIONSHIP, MERCEDES-BENZ GRAND PRIX LTD., DAIMLER AG, LEWIS HAMILTON, RED BULL TECHNOLOGY LTD., RED BULL RACING LTD., FERRARI S.P.A., CHARLES LECLERC, and DALLARA AUTOMOBILI S.P.A.,<br><br>      Defendants. | Case No. 6:20-cv-00234-ADA |

**ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANTS RED BULL RACING LTD. AND RED BULL TECHNOLOGY LTD.**

The Court has before it the Joint Motion to Dismiss With Prejudice Plaintiff's Claims Against Defendants Red Bull Racing Ltd. and Red Bull Technology Ltd. The Court is of the opinion that the motion should be **GRANTED**. It is therefore **ORDERED** that in the above-captioned action, all claims, causes of action, allegations and other demands by Plaintiff Jens H.S. Nygaard against Defendants Red Bull Racing Ltd. and Red Bull Technology Ltd. are hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that all costs and expenses related to this action (including all attorney and expert fees and expenses) shall be borne solely by the party incurring same.

SIGNED this 10th day of April, 2023.

                                                ALAN D ALBRIGHT
                                              UNITED STATES DISTRICT JUDGE